UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MAGELLAN HEALTH, INC.,** | 2:21-CV-12038-TGB-EAS |
| Plaintiff, | |
| vs. | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| **ARCADE TRAVEL, INC. d/b/a BOERSMA TRAVEL,** | |
| Defendant. | |

On March 11, 2022, Magellan Health filed a Notice of Suggestion of Bankruptcy informing the Court that Defendant Arcade Travel had filed a Chapter 7 bankruptcy action on February 7, 2022 (Case No. 22-40851, E.D. Mich. Bankr.). Accordingly,

**IT IS ORDERED** that this action is **STAYED** pursuant to 11 U.S.C. § 362(a) and **ADMINISTRATIVELY CLOSED**. The case may be reopened once any party notifies the court that the bankruptcy stay has been lifted.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment filed by Plaintiff Magellan Health on November 24, 2011, is **DENIED WITHOUT PREJUDICE**, and the video conference hearing

set for March 23, 2022 is **CANCELLED**. Plaintiff may renew its motion once the case is reopened.

**SO ORDERED** this 21st day of March, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge